NUMBER 13-03-699-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
MID VALLEY EARLY CHILDHOOD EDUCATION CENTER,       Appellant,

v.

DAMIAN LOPEZ AND MARIBEL SALINAS, 
AS NEXT FRIENDS OF JACKLYN LOPEZ,                            Appellees.
____________________________________________________________________

On appeal from the 370th District Court
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, MID VALLEY EARLY CHILDHOOD EDUCATION CENTER, perfected
an appeal from a judgment entered by the 370th District Court of Hidalgo County,
Texas, in cause number C-1951-03-G. After the record was filed, appellant filed a
motion to dismiss the appeal. In the motion, appellant asserts that this case has been
resolved and it no longer wishes to prosecute this appeal. Appellant requests that this
Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 7th day of October, 2004.